IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No.:   18-cv-01017-PAB                Date:   July 17, 2018
Courtroom Deputy:   Sabrina Grimm                  Court Reporter:   Janet Coppock

| *Parties:* | *Counsel:* |
|---|---|
| ROCKY MOUNTAIN PEACE & JUSTICE CENTER, CANDELAS GLOWS/ROCKY FLATS GLOWS, ROCKY FLATS RIGHT TO KNOW, ROCKY FLATS NEIGHBORHOOD ASSOCIATION, and ENVIRONMENTAL INFORMATION NETWORK (EIN) INC., <br><br>    Plaintiffs, <br><br>v. <br><br> UNITED STATES FISH AND WILDLIFE SERVICE, GREG SHEEHAN, in his official capacity as Acting Director of the United States Fish and Wildlife Service, RYAN ZINKE, in his official capacity as Secretary of the Interior, DAVID LUCAS, in his official capacity as Project Leader, Region 6 of the United States Fish and Wildlife Service, UNITED STATES FEDERAL HIGHWAY ADMININSTRATION, BRANDYE HENDRICKSON, in her official capacity as Acting Administrator of the United States Federal Highway Administration, and ELAINE L. CHAO, in her official capacity as Secretary of Transportation, <br><br>    Defendants. | Randall Weiner <br> Anne Marie Cording <br> Andrew Ogden <br> Dana Stotsky <br><br><br><br><br><br><br><br> Jessica Held <br> Lesley Lawrence-Hammer |

## COURTROOM MINUTES

**MOTION HEARING**

**9:06 a.m.        Court in session.**

Court calls case. Appearances of counsel.

Also present and seated at plaintiffs' counsel table, Jon Lipskey.

Also present and seated at defendants' counsel table, David Lucas and Kate Williams-Shuck.

9:11 a.m.      Plaintiffs' opening statement by Mr. Weiner.

9:24 a.m.      Defendants' opening statement by Ms. Held.

9:35 a.m.      Defendants' opening statement by Ms. Lawrence-Hammer.

Plaintiffs' witness, John Barton, sworn.

9:49 a.m.      Direct examination of Mr. Barton by Mr. Weiner.

10:06 a.m.     Cross examination of Mr. Barton by Ms. Held.

Witness excused.

Plaintiffs' witness, Dr. Harvey Nichols, sworn.

10:17 a.m.     Direct examination of Dr. Nichols by Mr. Weiner.

10:39 a.m.     Cross examination of Dr. Nichols by Ms. Held.

10:48 a.m.     Redirect examination of Dr. Nichols by Mr. Weiner.

Witness excused.

**10:49 a.m.     Court in recess.**
**11:03 a.m.     Court in session.**

Plaintiffs' witness, Dr. Michael Ketterer, sworn.

11:04 a.m.     Direct examination of Dr. Ketterer by Mr. Weiner.

Plaintiffs' Exhibit 14 tendered.

**Plaintiffs' Exhibit 14 is admitted.**

11:28 a.m.     Cross examination of Dr. Ketterer by Ms. Held.

Witness excused.

Plaintiffs' witness, Dr. Timothy Mousseau by telephone, sworn.

11:33 a.m.      Direct examination of Dr. Mousseau by Mr. Weiner.

11:48 a.m.      Cross examination of Dr. Mousseau by Ms. Held.

Witness excused.

**11:53 a.m.      Court in recess.**
**1:31 p.m.       Court in session.**

Discussion regarding scheduling.

Plaintiffs' witness, Elizabeth Panzer, sworn.

1:35 p.m.       Direct examination of Ms. Panzer by Ms. Cording.

Witness excused.

Plaintiffs' witness, Jon Lipsky, sworn.

1:40 p.m.       Direct examination of Mr. Lipsky by Mr. Weiner.

1:49 p.m.       Cross examination of Mr. Lipsky by Ms. Held.

1:51 p.m.       Direct examination of Mr. Lipsky by Mr. Weiner.

Witness excused.

Plaintiffs' witness, Randall Stafford, sworn.

1:54 p.m.       Direct examination of Mr. Stafford by Mr. Ogden.

2:00 p.m.       Cross examination of Mr. Stafford by Ms. Lawrence-Hammer.

2:06 p.m.       Redirect examination of Mr. Stafford by Mr. Ogden.

Witness excused.

Plaintiffs rest.

Defendants' witness, David Lucas, sworn.

2:09 p.m.       Direct examination of Mr. Lucas by Ms. Held.

2:23 p.m.	Direct examination of Mr. Lucas by Ms. Lawrence-Hammer.

2:31 p.m.	Cross examination of Mr. Lucas by Mr. Weiner.

Plaintiffs' Exhibits 15 and 16 tendered.

**Plaintiffs' Exhibits 15 and 16 are admitted.**

2:54 p.m.	Redirect examination of Mr. Lucas by Ms. Held.

Witness excused.

Defendants rest.

**2:57 p.m.	Court in recess.**
**3:18 p.m.	Court in session.**

3:19 p.m.	Plaintiffs' closing argument by Mr. Weiner.

3:41 p.m.	Defendants' closing argument by Ms. Lawrence-Hammer.

3:45 p.m.	Defendants' closing argument by Ms. Held.

4:09 p.m.	Plaintiffs' rebuttal argument by Mr. Ogden.

4:25 p.m.	Defendants' closing argument by Ms. Lawrence-Hammer in response to Mr. Ogden's argument.

**ORDERED:	Plaintiffs' Motion for and Memorandum in Support of Preliminary Injunction [7] is TAKEN UNDER ADVISEMENT.  A written order will be issued.**

**4:31 p.m.	Court in recess.**

Hearing concluded.
Total in-court time:	5:12

Clerk's Note:	Exhibits were returned to counsel at the end of the hearing.